# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Margarita Noll, et al., | No. CV-20-01293-PHX-MHB |
| Plaintiffs, | **ORDER** |
| v. | |
| United States of America, et al., | |
| Defendant. | |

Pursuant to the Notice of Settlement (Doc. 11),

**IT IS ORDERED** that this matter be dismissed without further notice sixty (60) days from the date of this Order, unless prior thereto a judgment or order of dismissal is entered or a request for reinstatement on the Court's trial calendar is filed herein.

Dated this 23rd day of September, 2020.

_____
Honorable Michelle H. Burns
United States Magistrate Judge